**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
SPECIALIZED LOAN SERVICING LLC, AS
SERVICER FOR BANC OF AMERICA
MORTGAGE 2008-A TRUST, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2008-A, U.S.
BANK NATIONAL ASSOCIATION, AS TRUSTEE

In Re:

DeAlto, John Peter

Order Filed on August 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    15-13173 KCF

Hearing Date: August 22, 2017

Judge:  Kathryn C. Ferguson

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

**ORDER VACATING STAY**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 23, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR BANC OF AMERICA MORTGAGE 2008-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-A, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,</u> under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 4, Block 211.26,    104 Monterey Drive, Brick NJ 08723**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-13173-KCF
John Peter DeAlto                                              Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1            Date Rcvd: Aug 24, 2017
                           Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db             +John Peter DeAlto,    104 Monterey Drive,    Brick, NJ 08723-7009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
          Charles G. Wohlrab   on behalf of Creditor   WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR
          TRUSTEE TO CITIBANK, N.A., AS TRUSTEE TO Structured Asset Mortgage Investments II Trust 2007-AR3
          Mortgage Pass-Through Certificates, Series 2007-AR cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
          David E. Shaver   on behalf of Debtor John Peter DeAlto dshaver@bnfsbankruptcy.com
          David E. Shaver   on behalf of Defendant John Peter DeAlto dshaver@bnfsbankruptcy.com
          Denise E. Carlon   on behalf of Creditor   BANC OF AMERICA MORTGAGE 2008-A TRUST, MORTGAGE
          PASS-THROUGH CERTIFICATES, SERIES 2008-A, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation
          ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Michael A. Artis   on behalf of U.S. Trustee   United States Trustee michael.a.artis@usdoj.gov
          Michael A. Artis   on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
          Mitchell Malzberg   on behalf of Trustee Peggy E. Stalford mmalzberg@mjmalzberglaw.com,
          dlapham@mjmalzberglaw.com
          Peggy E. Stalford   on behalf of Trustee Peggy E. Stalford ecf.alert+pstalford@titlexi.com,
          pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,NJ96@ecfcbis.com
          Peggy E. Stalford   ,  pstalford@pstrustee.com;admin@remote7solutions.com,krichter@pstrustee.com,
          NJ96@ecfcbis.com
          Sandra D. Grannum   on behalf of Creditor   Wells Fargo Advisors LLC sandra.grannum@dbr.com
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 12